UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GALIPO; CAROL WADE; AND ASHLEY GALIPO, individually, and as administrator of the Estate of JOSEPH GALIPO,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS; CITY OF LAS VEGAS POLICE DEPARTMENT, STATE OF NEVADA; NEVADA HIGHWAY PATROL; OFFICER FARRINGTON; OFFICER YANNIS; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:06-CV-00895-KJD-RJJ<br><br>**ORDER** |

      Presently, the Court has before it Defendant City of Las Vegas' Motion to Dismiss (#8) filed on November 6, 2006. More than fifteen days have passed and Plaintiffs have failed to file a response in opposition. See D. Nev. R. 7-2(b). Failure to file a response in opposition constitutes consent to the granting of the motion. See id. 7-2(d). Moreover, after having read and considered the motion, the Court finds good cause for granting it. According to the allegations of the complaint, Plaintiff's decedent was killed in the course of a Nevada Highway Patrol pursuit. In addition to the City of Las Vegas, Plaintiffs have also named as Defendants the Nevada Highway Patrol ("NHP")

1 and the "City of Las Vegas Police Department."  Defendant City of Las Vegas cannot be held liable
2 for the conduct of Defendant NHP.  Defendant NHP is a division of the State of Nevada Department
3 of Public Safety.  See Nev. R. Stat. 480.130.  Defendant City of Las Vegas has no authority or
4 responsibility over Defendant NHP.

5       Defendant City of Las Vegas also cannot be held liable for the conduct of Defendant Las
6 Vegas Police Department.  First, the Las Vegas Police Department merged into a separate political
7 entity, the Las Vegas Metropolitan Police Department ("LVMPD"), over 30 years ago.  Moreover,
8 LVMPD may sue and be sued in its own name and is responsible for any claims arising out of its
9 operations.  See id. 280.280.

10       Accordingly, IT IS HEREBY ORDERED that Defendant City of Las Vegas' Motion to
11 Dismiss (#8) is **GRANTED**.

12       DATED this 8th day of December 2006.

_____
Kent J. Dawson
United States District Judge

2